**William Jones, Plaintiff-Appellant, v. Maura Phillips, Defendant-Appellee.**

Term No. 52–O–29.

Macy & Godfrey, and Stanford S. Meyer, for appellant; Michael F. God-frey, of counsel; H. B. Tunnell, and Vandever & Vandever, for appellee. Opinion by PRESIDING JUSTICE BARDENS. Not to be published in full. Opinion filed January 30, 1953; released for publication March 4, 1953.

**J. E. Logsdon, Plaintiff-Appellee, v. The Albert Dickinson Company, and James Joseph Abell, Defendant-Appellant.**

Term No. 52–O–5.